1  MARC GORDON (DC Bar No. 430168)
2  marc.gordon@usdoj.gov
   (202) 305-0291
3  (202) 353-7763 (fax)
4  Trial Attorney
   U.S. Department of Justice
5  Environment & Natural Resources Division
6  P.O. Box 7611 – Ben Franklin Station
   Washington, D.C. 20044-7611
7
8  Attorney for Plaintiff

9

10  **UNITED STATES DISTRICT COURT**
    **SOUTHERN DISTRICT OF CALIFORNIA**
11

| | |
|---|---|
| 12  UNITED STATES OF AMERICA, ) | |
| 13        Plaintiff, ) | Case No. EDCV 16-1190-GW(KKx) |
| 14  ) | FINDINGS OF FACT |
| 15  v. ) | AND CONCLUSIONS OF LAW |
| 16  40.00 ACRES OF LAND, MORE ) | |
| 17  OR LESS, SITUATE IN SAN ) | |
|     BERNARDINO COUNTY, STATE ) | Trial: November 9, 2017 |
| 18  OF CALIFORNIA; ALBERT M. ) | |
| 19  GORDON JR.; HEIRS OF ) | Time: 8:30 a.m. |
|     RICHARD W. ROBINSON; VERA ) | |
| 20  GORDON; VICTORIA MAE ) | |
| 21  BRAESCH; EMILY ANNE HAND; ) | |
| 22  AUGUST KRUGER; IDA M. ) | |
|     KRUGER, *AKA* IDA N. KRUGER; ) | |
| 23  UNKNOWN OWNERS; STATE OF ) | |
| 24  CALIFORNIA; AND SAN ) | |
|     BERNARDINO COUNTY TAX ) | |
| 25  COLLECTOR, et al., ) | The Honorable George H. Wu |
| 26  ) | |
| 27        Defendants. ) | |

28

16cv1190

Trial by narrative statement pursuant to Local Rule 43-1 commenced on

November 9, 2017 at 8:30 a.m.  Plaintiff, United States submitted its Trial Brief

and the Declaration of Robert W. Colangelo, and appeared by Trial Attorney Marc

Gordon.  No answer or appearance was made by any named defendant.  Having

reviewed the pleadings and papers filed herein, and argument of counsel having

been heard, the Court makes these Findings of Fact and Conclusions of Law

pursuant to Fed. R. Civ. P. 52.

**I.      FINDINGS OF FACT**

**A.      THE SUBJECT PROPERTY**

1.      This is an action by the United States to condemn real property.  The

property is described as follows ("Subject Property"):

> The Southwest Quarter of the Southwest Quarter of Section 20,
> Township 31 South, Range 46 East, Mount Diablo Base and
> Meridian, County of San Bernardino, State of California,
> according to Government Survey, excepting one half of
> minerals thereunder as reserved in the deed from August
> Kruger and Ida M. Kruger, recorded April 11, 1958 in book
> 4481, page 142, Official Records.
>
> This Tract No. 330 is also known as Assessor's Parcel Number
> 0507-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, containing 40.00 acres, more or less.

Dkt. 1, Schedule B.

2.      The estate taken by the United States in the Subject Property is:

> fee simple title to the land, subject however, to existing
> easements for public roads and highways, public utilities,

railroads and pipelines; excepting and excluding from the taking all interests in the minerals which are outstanding in parties other than the surface owners and all appurtenant rights for the exploration, development and removal of said minerals so excluded.

Dkt. 1, Schedule C.

3.       Prior to the institution of this action, the Subject Property was owned by Albert M. Gordon, Jr., as to an undivided ½ interest, and Richard W. Robinson, as to an undivided ½ interest.  Declaration of Robert W. Colangelo ("Colangelo Decl.") at ¶ 5, Exhibit 2.

4.       The title evidence further indicated that a deed of trust had been recorded, but that there was no record of its being released.  *Id.*

5.       In August, 2011, Plaintiff's agency, the United States Army Corps of Engineers ("Corps or COE") entered into a contract whereby Albert M. Gordon and the heirs of Richard W. Robinson, Emily A. Hand and Victoria M. Braesch, agreed to sell the Subject Property to the Corps for the sum of $41,540.00 ("Accepted Offer").  Colangelo Decl. at ¶ 4, Exhibit 1.

6.       The Corps was unable to complete the transaction because Richard W. Robinson's estate was not probated and because the title company found no evidence that the deed of trust had been released.

**B.       PROCEDURAL HISTORY**

7.       This action was filed on June 7, 2016.  Dkt. 1.

16cv1190

8.      The deposit of estimated just compensation of $41,540.00 was made on July 20, 2016.  Dkt. 8.

9.      The Declaration of Taking was filed on September 19, 2016.  Dkt. 18.

10.     Notice of Filing Proof of Service by publication was filed on January 17, 2017.  Dkt. 24.

11.     Notice of Filing Proof of service by certified mail was filed on January 19, 2017.  Dkt. 25.

12.     No defendants have answered or appeared.

## II.      CONCLUSIONS OF LAW

13.     The Court has jurisdiction over this action pursuant to 28 U.S.C. § 1358.

14.     Title to the property and estate as described in the complaint and Declaration of Taking vested in the United States upon the filing of the Declaration of Taking and the deposit of estimated just compensation.  *See* 40 U.S.C. § 3114(b).

15.     The United States has not demanded a jury trial.  No other party has answered or appeared.  Accordingly, this action may proceed to trial before the bench without a jury.  *Zahn v. Geren*, 245 Fed. Appx. 696, 697 (9th Cir. 2007).

16.     Pursuant to Fed. R. Civ. P. 71.1 and the Declaration of Taking Act, 40 U.S.C. § 3114, the two issues before the Court are: (1) the amount of just

4

compensation to be paid by the United States for this taking; and (2) the

distribution of the just compensation.  The Court has the authority to determine to

whom and how much an award in condemnation should be paid and it has the

authority to apportion the award.  *See United States v. 14.02 Acres*, 547 F.3d 943,

956 (9th Cir. 2008) ("In the absence of a contractual arrangement among property

owners, it was proper for the district court to apportion the total amount of just

compensation by 'judicial intervention.'"), *citing United States v. 1.377 Acres of*

*Land*, 352 F.3d 1259, 1269 (9th Cir. 2003).  *See also* Fed. Rule. Civ. P. 71.1(h)

(the court tries all issues unless a jury is demanded or a commission appointed).

17.    Plaintiff entered into an Accepted Offer to sell Real Property in the

amount of $41,540.00, an amount greater than the Corps' appraisal of the property.

Colangelo Decl. at ¶ 4, Exhibit 1.  It is well-established that pre-condemnation

contracts, like the one in the case at bar, are enforceable in a condemnation

proceeding and bind the parties as to the amount of compensation.  *See United*

*States v. 114.64 Acres of Land*, 504 F.2d 1098, 1100 (9th Cir. 1974), *citing*

*Danforth v. United States*, 308 U.S. 271, 282-83 (1939); *Albrecht v. United States*,

329 U.S. 599, 602-04 (1947).  The United States is bound by the Accepted Offer.

Therefore the full and just compensation for the Subject Property is $41,540.00.

18.    Judgment shall be entered against the United States of America in the

amount of $41,540.00 in favor of Defendants.

19.    Plaintiff has fully satisfied the Judgment by its deposit of the full amount of just compensation, $41,540.00, into the Registry of the Court.

20.    Service having been properly made, and no other parties having appeared in this action, it is proper for this Court to find that fifty percent (50%) of the Subject Property, on the date of taking, was owned by Albert M. Gordon, Jr. and fifty percent (50%) of the Subject Property, on the date of taking was owned by the heirs of Richard W. Robinson.

21.    The heirs of Richard W. Robinson are Emily A. Hand and Victoria M. Braesch.  Each is entitled to an equal share of Richard W. Robinson's share.

22.    The Clerk of the Court shall pay fifty percent (50%) of the deposited funds ($20,770.00), plus 50% of any interest accrued thereon while within the Registry of the Court, less any authorized fees or costs, to:

> Albert M. Gordon, Jr.
> 6832 Pinion Way
> Apple Valley, UT 84737

23.    The Clerk of the Court shall pay twenty-five percent (25%) of the deposited funds ($10,385.00), plus 25% of any interest accrued thereon while within the Registry of the Court, less any authorized fees or costs, to:

> Victoria M. Braesch
> 253 Ashley Ct.
> Billings, MT 59105

16cv1190

24.     The Clerk of the Court shall pay twenty-five percent (25%) of the

deposited funds ($10,385.00), plus 25% of any interest accrued thereon while

within the Registry of the Court, less any authorized fees or costs, to:

>           Emily A. Hand
>           14720 A. Street
>           Avoca, NE 68307

DATED: November 9, 2017

___ *[signature: George H. Wu]* ___
GEORGE H. WU, U.S. DISTRICT JUDGE

Respectfully submitted,

 /s/ _____
MARC GORDON (DC Bar No. 430168)
marc.gordon@usdoj.gov
(202) 305-0291
Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Division
P.O. Box 7611 – Ben Franklin Station
Washington, D.C. 20044-7611

Attorney for Plaintiff

16cv1190