1  MARC GORDON (DC Bar No. 430168)
2  marc.gordon@usdoj.gov
   (202) 305-0291
3  (202) 353-7763 (fax)
4  Trial Attorney
   U.S. Department of Justice
5  Environment & Natural Resources Division
6  P.O. Box 7611 – Ben Franklin Station
7  Washington, D.C. 20044-7611

8  Attorney for Plaintiff

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. EDCV 16-1190 GW (KKx) |
| Plaintiff, ) | |
| ) | JUDGMENT |
| v. ) | |
| ) | |
| 40.00 ACRES OF LAND, MORE ) | |
| OR LESS, SITUATE IN SAN ) | |
| BERNARDINO COUNTY, STATE ) | Trial: November 9, 2017 |
| OF CALIFORNIA; ALBERT M. ) | |
| GORDON JR.; HEIRS OF ) | Time: 8:30 a.m. |
| RICHARD W. ROBINSON; VERA ) | |
| GORDON; VICTORIA MAE ) | |
| BRAESCH; EMILY ANNE HAND; ) | |
| AUGUST KRUGER; IDA M. ) | |
| KRUGER, *AKA* IDA N. KRUGER; ) | |
| UNKNOWN OWNERS; STATE OF ) | |
| CALIFORNIA; AND SAN ) | |
| BERNARDINO COUNTY TAX ) | |
| COLLECTOR, et al., ) | The Honorable George H. Wu |
| ) | |
| Defendants. ) | |

Trial by narrative statement pursuant to Local Rule 43-1 commenced on November 9, 2017 at 8:30 a.m. Plaintiff, United States submitted its Trial Brief and the Declaration of Robert W. Colangelo, and appeared by Trial Attorney Marc Gordon. No answer or appearance was made by any named defendant. Having reviewed the pleadings and papers filed herein, and argument of counsel having been heard, the Court made Findings of Fact and Conclusions of Law pursuant to Fed. R. Civ. P. 52.

Based on the foregoing, it is ORDERED, ADJUDGED AND DECREED that:

1. Plaintiff, the United States of America, is vested with title as follows:

> fee simple title to the land, subject however, to existing easements for public roads and highways, public utilities, railroads and pipelines; excepting and excluding from the taking all interests in the minerals which are outstanding in parties other than the surface owners and all appurtenant rights for the exploration, development and removal of said minerals so excluded;

to the property legally described as follows ("Subject Property"):

> The Southwest Quarter of the Southwest Quarter of Section 20, Township 31 South, Range 46 East, Mount Diablo Base and Meridian, County of San Bernardino, State of California, according to Government Survey, excepting one half of minerals thereunder as reserved in the deed from August Kruger and Ida M. Kruger, recorded April 11, 1958 in book 4481, page 142, Official Records.

> This Tract No. 330 is also known as Assessor's Parcel Number 0507-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, containing 40.00 acres, more or less;

2. The just compensation for the taking of the Subject Property is the sum of $41,540.00;

3. Prior to this action the Subject Property was owned equally by Albert M. Gordon, Jr. and by the heirs of Richard W. Robinson.

4. The heirs of Richard W. Robinson are Emily A. Hand and Victoria M. Braesch.

5. The Clerk of the Court shall pay fifty percent (50%) of the deposited funds ($20,770.00), plus 50% of any interest accrued thereon while within the Registry of the Court, less any authorized fees or costs, to:

> Albert M. Gordon, Jr.
> 6832 Pinion Way
> Apple Valley, UT 84737

6. The Clerk of the Court shall pay twenty-five percent (25%) of the deposited funds ($10,385.00), plus 25% of any interest accrued thereon while within the Registry of the Court, less any authorized fees or costs, to:

> Victoria M. Braesch
> 253 Ashley Ct.
> Billings, MT 59105

7. The Clerk of the Court shall pay twenty-five percent (25%) of the deposited funds ($10,385.00), plus 25% of any interest accrued thereon while within the Registry of the Court, less any authorized fees or costs, to:

Emily A. Hand
14720 A. Street
Avoca, NE 68307

DATED: November 9, 2017

___*George H. Wu*___
GEORGE H. WU, U.S. DISTRICT JUDGE

Respectfully submitted,

_/s/_____
MARC GORDON (DC Bar No. 430168)
marc.gordon@usdoj.gov
(202) 305-0291
Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Division
P.O. Box 7611 – Ben Franklin Station
Washington, D.C. 20044-7611

Attorney for Plaintiff

4